EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 134 |
| José Luis Vargas Núñez | 179 DPR _____ |

Número del Caso: TS-5352

Fecha: 15 de julio de 2010

Abogado de la Parte Peticionaria:

> Por Derecho Propio

Oficina del Procurador General

> Lcda. Irene S. Soroeta Kodesh
> Procuradora General

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                              5352
José Luis Vargas Núñez



Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.


RESOLUCIÓN


San Juan, Puerto Rico, a  15 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por el Lcdo. José Luis Vargas Núñez, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo